UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JAMES WILLIAM MEDINA-
RODRIGUEZ,

         Petitioner,

v.

SCOTT SPRADER,

         Respondent.

_____/

Case No. 2:19-cv-132

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: July 25, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge